IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1111-LTB
**JERRY D. CARTER**,

Plaintiff,

v.

**EL PASO COUNTY SHERIFF DEPT.;**
**LUGO, Deputy,**

Defendants.

---

### JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock,

Senior District Judge, on July 30, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 30 day of July, 2015.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/   A. García Gallegos
     Deputy Clerk